# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXCLUSIVE BEAUTY CLUB, LLC, a Florida Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>RYMAX CORP, A New Jersey Corporation, dba RYMAX INC., AMERICAN INCENTIVES, and RYMAX MARKETING SERVICES; BRAINSTORM LOGISTICS, LLC, a New Jersey Limited Liability Company, dba LUXURY CLOSEOUTS and RYMAX INCENTIVE MARKETING; EVE KOLAKOWSKI, an individual; JESSICA BROWN, aka JESSICA RENTAS, an individual; DANIEL A. TABS, an individual; COSTCO WHOLESALE CORPORATION, a Washington State Corporation; MOSHE GREENWALD, an individual; BMY TRADING INC, a New Jersey Corporation; BMY GLOBAL SOURCING, INC, a New Jersey Corporation dba BMY TRADING; BMY GROUP, a New Jersey partnership; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 19-cv-04677-MWF-JPR<br><br>[*Assigned to Hon. Michael W. Fitzgerald*]<br><br>**ORDER RE SECOND STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED INITIAL COMPLAINT BY AN ADDITIONAL SEVEN DAYS**<br><br>Complaint filed: June 17, 2019<br>Current response date: August 9, 2019<br>New response date: August 16, 2019 |

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

# ORDER RE SECOND STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED INITIAL COMPLAINT

The Court, having read and considered the Stipulation, filed on August 7, 2019 and entered into between Plaintiff Exclusive Beauty Club ("Plaintiff") and Defendant Costco Wholesale Corporation ("Defendant"), to extend Defendant's deadline to file a responsive pleading to the First Amended Complaint, and good cause appearing, IT IS HEREBY ORDERED THAT:

1. Defendant will file a responsive pleading to the First Amended Complaint by August 16, 2019.

2. In the event Costco responsive pleading consists of a motion to dismiss, Costco shall set the motion for hearing on September 30, 2019.

**IT IS SO ORDERED.**

Dated: August 8, 2019

_____
MICHAEL W. FITZGERALD
United States District Judge