Gordon Rees Scully Mansukhani, LLP
633 West Fifth Street, 52nd floor
Los Angeles, CA 90071

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXCLUSIVE BEAUTY CLUB, LLC, a Florida Limited Liability Company<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>RYMAX CORP., a New Jersey Corporation, dba RYMAX INC., AMERICAN INCENTIVES, and RYMAX MARKETING SERVICES; BRAINSTORM LOGISTICS, LLC, a New Jersey Limited Liability Company, dba LUXURY CLOSEOUTS and RYMAX INCENTIVE MARKETING; EVE KOLAKOWSKI, an individual; JESSICA BROWN, aka JESSICA RENTAS, an individual; DANIEL A. TABS, an individual; COSTCO WHOLESALE CORPORATION, a Washington State Corporation; MOSHE GREENWALD, an individual; BMY TRADING INC, a New Jersey Corporation; BMY GLOBAL SOURCING, INC, a New Jersey Corporation, dba BMY TRADING; BMY GROUP, a New Jersey partnership; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO. 19-cv-04677-MWF-JPR<br><br>**ORDER PURSUANT TO STIPULATION AND JOINT REQUEST** |

-1-
ORDER

Pursuant to the stipulation and joint request of plaintiff Exclusive Beauty Club, LLC and Rymax Corporation, Brainstorm Logistics, LLC, Eve Kolakowski, Jessica Brown, and Daniel Tabs, and Costco Wholesale Corporation, THE Court hereby orders:

1. This action is dismissed with prejudice as to all defendants;
2. Each party will bear its own costs and attorney fees.

IT IS SO ORDERED.

Dated: September 26, 2019

Michael W. Fitzgerald
United States District Judge